UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-5436-GW(JCx) | Date | January 4, 2008 |
|---|---|---|---|
| Title | Jerry Bo v. Van R Kelsey et al | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   ORDER RE: ORDER TO SHOW CAUSE RE: SETTLEMENT

On December 28, 2007, plaintiff Jerry Bo filed a Notice of Settlement. Counsel are hereby notified that an Order to Show Cause hearing re: Settlement is set for **February 21, 2008 at 8:30 a.m.**  If dismissal is filed by not later than February 20, 2008, the hearing will be taken off calendar, and appearance will not be necessary.

IT IS SO ORDERED.

:

Initials of Preparer   JG